**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Morris Eugene HAYES, Defendant–
Appellant.**

**No. 03–6904.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Sept. 10, 2003.

Morris Eugene Hayes, Appellant Pro Se. Laura P. Tayman, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Morris Eugene Hayes appeals the district court's order denying relief on his motion to reconsider his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Hayes*, No. CR–94–163–2–20 (E.D.Va. Apr. 11, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*